UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
May 30, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:12MJ00125-GGH-28 |
| ) | 2:12-cr-0198 MCE |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| REGINALD BELL, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  REGINALD BELL , Case No.  2:12MJ00125-GGH-28 , Charge  21USC 841(a)(1), 846 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__  Release on Personal Recognizance

__  Bail Posted in the Sum of $_____

✔  Unsecured Appearance Bond, $75,000.00 & half-way-house

__  Appearance Bond with 10% Deposit

__  Appearance Bond with Surety

__  Corporate Surety Bail Bond

✔  (Other)   Pretrial conditions as ~~stated on the record.~~ attached. (copy)

Issued at  Sacramento, CA  on  May 30, 2012  at  3:01 pm .

By  /s/ Gregory G. Hollows
Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court

Pursuant to the court's previous oral decision in court to release defendant Bell on bond and on conditions, the court orders release of defendant Bell subject to the following conditions:

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You shall reside at the Geo Care Halfway House in the Northern District of California (at your expense), until further order of the Court, in addition, you must remain in the half-way house and not absent yourself from that facility without prior approval of pretrial services (see condition 13 below);

4. You shall cooperate in the collection of a DNA sample;

5. Your travel, see condition 13 below, is restricted to both the Eastern and Northern Districts of California without the prior consent of the pretrial services officer;

6. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

7. You shall refrain from any use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

8. You shall submit to drug and/or alcohol testing as approved by the pretrial services officer. You shall pay all or part of the costs of the **testing** services based upon your ability to pay, as determined by the pretrial services officer;

9. You shall not associate or have any contact with the co-defendants or related case defendants unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;

11. You shall report any contact with law enforcement to your pretrial services officer within 24 hours;

12. You shall not obtain a passport or any travel documents during the pendency of this case.

13.  You shall participate in the following home confinement program components and abide by all the requirements of the program, which will include electronic monitoring or other location verification system:

    **HOME DETENTION:** You are restricted to your residence at all times except for medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the pretrial services officer. The undersigned anticipates that employment activities may be authorized in the future.

14.  You shall, in accordance with this release order, have a home monitoring unit installed in your residence, a radio frequency transmitter device attached to your person, and shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;