PHILIP A. SCHNAYERSON (CSBN 41825)
GARCIA, SCHNAYERSON & THOMPSON
ATTORNEYS AT LAW
225 West Winton, Suite 208
Hayward, California 94544
(510) 887-7445

Attorney for Defendant
REGINALD BELL

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| ) | 12-CR-S-00198 MCE |
| Plaintiffs, ) | |
| ) | **STIPULATION AND** |
| vs. ) | **ORDER TO MODIFY CONDITIONS** |
| ) | **OF RELEASE** |
| ) | |
| REGINALD BELL ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

      REGINALD BELL, by and through his counsel, Philip A. Schnayerson, and the United States Government, by and through its counsel, Michael D. Anderson, Assistant United States Attorney, and U. S. Pretrial Services Officer Becky Fidelman, stipulate and agree to the following modifications of the conditions of release:

      1)    Removal of GPS due to the restrictive nature of the half-way house.

      2)    Condition 13 of the conditions of release filed on May 30, 2012, be modified to: You are restricted to the half-way house at all time except for religious services, medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other activities pre-approved by the pretrial services officer

1

3) Condition 14 of the conditions of release filed on May 30, 2012 be omitted.

DATED:    June 11, 2012              Respectfully submitted,

                                By:   /s/ Philip A. Schnayerson
                                      PHILIP A. SCHNAYERSON
                                      Attorney for Defendant
                                      REGINALD BELL

DATED:    June 12, 2012
                                By:   /s/ Michael D. Anderson
                                      Authorized to sign for Michael D. Anderson
                                      Assistant United States Attorney
                                      on June 12, 2012

IT IS SO ORDERED:

Dated: June 13, 2012

                                       /s/ Gregory G. Hollows
                                UNITED STATES MAGISTRATE JUDGE

2