GARCIA, SCHNAYERSON & THOMPSON
ATTORNEYS AT LAW
225 W. Winton Avenue, Suite 208
Hayward CA  94544
Telephone: (510) 887-7445
Facsimile: (510) 887-0646

PHILIP SCHNAYERSON [41825]
Attorney for Defendant
REGIONALD BELL

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No.: 12-CR-00198-MCE |
| Plaintiff, | |
| vs. | STIPULATION AND (~~PROPOSED~~) ORDER TO MODIFY CONDITIONS OF RELEASE |
| REGINALD BELL, | |
| Defendant. | |

REGINALD BELL, by and through his counsel, Philip A. Schnayerson, and the United States Government, by and through its counsel, Richard Bender, Assistant United States Attorney and U.S. Pretrial Services Officer Michael R. Evans, stipulate and agree to the following modifications of release:

1. Condition 3 of the conditions of release filed on May 30, 2012, be deleted and the following condition be added:

   **You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer.**

/////

/////

1

| | | |
|---|---|---|
| 1 | DATED: | Respectfully submitted. |
| 2 | | |
| 3 | | /s/ Philip A. Schnayerson |
| | | Philip A. Schnayerson |
| | | Attorney for Defendant |
| 4 | | Reginald Bell |

DATED:                              /s/ Richard J. Bender
                                    Authorized to sign for Richard J. Bender
                                    Assistant United States Attorney

IT IS SO ORDERED.

Dated:  June 8, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2