GARCIA, SCHNAYERSON & THOMPSON
ATTORNEYS AT LAW
225 W. Winton Avenue, Suite 208
Hayward CA  94544
Telephone: (510) 887-7445
Facsimile: (510) 887-0646

Attorney for Defendant
REGINALD BELL

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>REGINALD BELL,<br><br>　　　　Defendant. | Case No.:12-CR-00198-MCE<br><br>AMENDED STIPULATION AND ORDER TO CONTINUE SENTENCING |

  Reginald Bell, by and through his counsel, Philip Schnayerson, and the United Sates Government, by and through its counsel, Roger Yang, Assistant United Sates Attorney and U.S. Probation Officer Paul Mamaril, jointly stipulate and respectfully request the Court to reset the sentencing hearing presently set for July 28, 2016, be rescheduled to September 15, 2016.

Dated: June 30, 2016　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　 /s/ Philip Schnayerson
　　　　　　　　　　　　　　　　　　　　Philip Schnayerson
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant Reginald Bell

Dated: June 30, 2016　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　 /s/ Roger Yang_____
　　　　　　　　　　　　　　　　　　　　Authorized to sign for Roger Yang
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　On June 30, 2016

**ORDER**

The Sentencing date presently scheduled for July 28, 2016, in the above-captioned case is hereby VACATED and CONTINUED to September 15, 2016 at 10:00 a.m..

IT IS SO ORDERED.

Dated: July 6, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

USA VS. REGINALD BELL    12-CR-00198-MCE    2
AMENDED STIPULATION AND ORDER TO CONTINUE SENTENCING