GARCIA, SCHNAYERSON & THOMPSON
ATTORNEYS AT LAW
225 W. Winton Avenue, Suite 208
Hayward CA  94544
Telephone: (510) 887-7445
Facsimile: (510) 887-0646

Attorney for Defendant
REGINALD BELL

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No.:12-CR-00198-MCE |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| REGINALD BELL, | |
| Defendant. | |

Reginald Bell, by and through his counsel, Philip Schnayerson, and the United Sates Government, by and through its counsel, Roger Yang, Assistant United Sates Attorney and U.S. Probation Officer Paul Mamaril, jointly stipulate and respectfully request the Court to reset the sentencing hearing presently set for September 15, 2016, be rescheduled to October 20, 2016.

Dated: August 31, 2016                   Respectfully submitted,
                                          /s/ Philip Schnayerson
                                         Philip Schnayerson
                                         Attorney for Defendant Reginald Bell

Dated: August 31, 2016                   Respectfully submitted,
                                          /s/ Richard Yang_____
                                         Authorized to sign for Richard Yang
                                         Assistant United States Attorney
                                         On August 31, 2016


USA VS. REGINALD BELL     12-CR-00198-MCE       1
STIPULATION AND ORDER TO CONTINUE SENTENCING

**ORDER**

The Sentencing date presently scheduled for September 15, 2016, is continued to October 20, 2016.

IT IS SO ORDERED:

Dated:  September 7, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE